**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**SUSAN B. AL-ALIWI and**
**ABDULLAH Y. AL-MALIKI** **PLAINTIFFS**

**v.** **CASE NO. 4:25-cv-00448-BSM**

**UNITED STATES CITIZENSHIP**
**AND IMMIGRATION SERVICES, *et al.*** **DEFENDANTS**

**JUDGMENT**

Consistent with the order entered today, this case is remanded to the United States Citizenship and Immigration Services.

IT IS SO ORDERED THIS 8th day of August, 2025.

Brian S. Miller
UNITED STATES DISTRICT JUDGE